**UNITED STATES DISTRICT COURT**
for the **Eastern District of Virginia**
Norfolk Division

| | |
|---|---|
| | Case #   **2:21 cv 453** |
| **Joelle Angel**, et. al.:<br>Rozelynd **Bright**,   Keith **Curry**,   Cherie **Lee**,   Cynthia **Parker**,<br>Kelvin & Peggy **Penny**,       Stephen **Vinson**,   Samuel **Ward**,<br>Michael **Williams**,       &       Sandra **Williams**.<br><br>Plaintiffs<br>(Pro se)<br><br>V.<br>Charlestowne Condominium Association, Inc.,<br>Cavalier Community Partners, LLC.,<br>Atlantic Community Management, Corporation,<br>Trente Balderson,           Jeffrey Hodgson,<br>&      Philip Massa.<br>Defendants<br>(Individually & Collectively) | 28 USC §§ 1331;  1441(a);  1453(b)  &  1446<br><br>The Fair Housing Act:  1968<br>The Older Americans Act: 1965<br><br>Fed. Rules Civ. P. 81:  Removal of Action<br>Fed. Rules Civ. P. 23:  Class Actions<br><br>Va. Condominium Act<br>  Breach of Contract & Fiduciary Duty<br><br>Jury Trial requested |

**Defendants' <u>Amended</u> Notice of REMOVAL of Action(s)**
(AFFIDAVIT)

\* Removal of the following <u>Warrant in Debt</u> actions from Portsmouth General District Court
(by the original defendants):

| Portsmouth<br>General District Court<br>Case #'s<br>filed by original Plaintiff:<br>Charlestowne<br>Condominium Association | original Defendants | Case #'s | |
|---|---|---|---|
| | Joelle **Angel** | 740 GV2100 **1538**-00 | |
| | Rozelynd **Bright**   &<br>Michael **Williams** | GV2100 **1539**-00 | **FILED**<br><br>AUG 1 2 2021<br><br>CLERK, U.S. DISTRICT COURT<br>NORFOLK, VA |
| | Keith **Curry** | GV2100 **1540**-00 | |
| | Cherie **Lee** | GV2100 **3300**-00 | |
| | Cynthia **Parker** | GV2100 **3301**-00 | |
| | Kelvin & Peggy **Penny** | GV2100 **3302**-00 | |
| | Stephen **Vinson** | GV2100 **1542**-00 | |
| | Samuel **Ward** | GV2100 **2032**-00 | |
| | Sandra **Williams** | GV2100 **3304**-00 | |

---

| Portsmouth<br>General District Court<br>Case #'s<br>filed by original Defendants<br>(as Countersuit Actions) | Countersuit Plaintiffs | Case #'s |
|---|---|---|
| | Joelle **Angel** | GV2100 **1753**-00 |
| | Rozelynd **Bright**   &<br>Michael **Williams** | GV2100 **1758**-00 |
| | Keith **Curry** | GV2100 **1774**-00 |
| | Cynthia **Parker** | GV2100 **3985**-00 |
| | Stephen **Vinson** | GV2100 **1754**-00 |
| | Samuel **Ward** | GV2100 **2064**-00 |
| | Sandra **Williams** | GV2100 **3986**-00 |

\* including any and all unknown, unstated, and/or concealed cases filed against them
(in Portsmouth General District Court) by Charlestowne Condo Association, Inc., et. al.

1

I. **Notice:**
   A. Please take notice that the original Defendants [now countersuit Plaintiffs] have **removed to the United States District Court** all **claims** and **causes of action** now pending in the **General District Court of Portsmouth, VA**.

   B. A copy of all pleadings served upon the original plaintiffs--Charlestowne Condo Association, et. al -- (by the original defendants) to date in the State Court are attached as **Exhibits**:
      - **Ex. 1**: 'Motion for Joinder of Adt'l Parties.'
      - **Ex. 2**: 'Consolidated Warrant in Debt.
      - **Ex. 3**: 'Opposition to Defendants' Pleas.'
      - **Ex. 4**: 'Motion for Recusal of Substitute Judge.
      - **Ex. 5**: 'Motion to Amend requested Relief.'
      - **Ex. 6**: 'Bill of Particulars / Grounds of Defense' (w/ Exhibits).

   C. A copy of all pleadings served upon the original defendants [now countersuit Plaintiffs] by the original plaintiff--Charlestowne Condo Association-- to date in the State Court are attached as:
      **Exhibits 7 & 8** (Bill(s) of Particulars);   **Exhibits 9 - 17** (Warrant(s) in Debt).

   D. The original defendants' [now countersuit Plaintiffs'] grounds for removal are as follows:

II. **This Civil Action is founded on Claims and Rights under the Laws of the United States:**
   A. Accordingly, the matter presents federal and Constitutional questions, as stated above. Therefore, removal is appropriate.

   B. The original plaintiff(s) have discriminated against the original defendants (older Native & African American) by enforcing <u>differential</u> <u>treatment</u> in the provision of services on the <u>basis</u> <u>of</u> <u>race</u>. They are violating The Fair Housing Act [42 USC §§ 3601 – 19]. Thus, we request this Court to grant relief from the vicariously liable [all-white] plaintiffs (now countersuit defendants).

   C. The original plaintiff(s) are breaching the homeowner association (HOA) contract by refusing to perform contracted repairs and services, thus continually depreciating our homes and property.

   D. The sham HOA; management and owner; and the declarant (developer) continue to defraud condo owners by violating The Virginia Condominium Act [§ 55.1-1943-G] -- refusing to *"transfer control of the association,"* yet demanding increased condo fees.

   E. On Feb. 17, 2021, the U.S. Dept. of Housing and Urban Development (HUD) filed a 'housing discrimination' complaint against Charlestowne Condo Association, Inc., et. al., in behalf of the Charlestowne condo owners ("a *largely African American condo community*):"
      [HUD file # 03-21-77862-8].
      A 100-day investigation was scheduled to assess violations of the Fair Housing Act:
      [§ 804 (b) of Title VIII of the Civil Rights Act of 1968, as amended – the Fair Housing Act of 1988].

   F. On June 2, 2021, the US Dept. of HUD advised the Charlestowne condo owners that:
      *"Investigation of the referenced complaint has not been completed within 100 days from the filing of the complaint. . . . After the projected completion date of August 14, 2021, further investigation may be necessary."*

III. **This Notice of Removal is Timely and Complete and has been properly Served:**
   A. Original defendants received <u>clear notice</u> of this action (via Complaint / 'Bill of Particulars') on July 12, 2021. Therefore, this Notice is timely filed pursuant to 28 USC § 1446.

   B. This Court has original jurisdiction over the parties.

   C. All original defendants--current class action Plaintiffs--are named in this Notice.
      All requirements for removal of action have been met.

   D. The original defendants have provided written notice of this Notice to counsel of record for the original plaintiffs. A true and complete copy of this Notice will be filed in the State Court action(s).

### Affidavit Declaration

We swear (affirm) under penalty of perjury that the statements made in this <u>Notice of Removal to Federal Court</u> [Affidavit] are true and correct to the best of our knowledge.

this ____12th____ day of ____August____, 2021.

By ___*[signature]*___
(Pro se)
Joelle Joy Angel
1631 Darren Circle
Portsmouth, VA 23701
(434) 532-2682

___*[signature]*___
(Pro se)
Keith L. Curry
4024 Estates Lane
Portsmouth, VA  23703
(757) 724 -4670

___*[signature]*___
(Pro se)
Cynthia Parker
1625 Darren Cir.
Portsmouth, VA 23701
(757) 472-3354

___*[signature]*___
(Pro se)
Stephen Vinson
337 Bexley Pkwy.
Newport News, VA 23608
(757) 729-0579

___*[signature]*___
(Pro se)
Michael Williams
4652 Greenwood Dr.
Portsmouth, VA 23701
(757) 690-3269

___*[signature]*___
(Pro se)
Rozelynd Bright
4652 Greenwood Dr.
Portsmouth, VA 23701
(757) 630-5864

___*[signature]*___
(Pro se)
Cherie Lee
1637 Darren Circle
Portsmouth, VA 23701
(757) 286 -1140

___*[signature]*___
(Pro se)
Kelvin & Peggy Penny
1645 Darren Cir.
Portsmouth, VA 23701
(757) 606-1201

___*[signature]*___
(Pro se)
Samuel Ward
1570 Darren Circle
Portsmouth, VA  23701
(757) 465-2332

___*[signature]*___
(Pro se)
Sandra Williams
4600 Greenwood Dr.
Portsmouth, VA 23701
(757) 714-88974

X   Countersuit Plaintiffs     ___ Plaintiffs' Attorney

Certificate of Service

We certify that a copy of the Countersuit Plaintiffs' <u>Amended</u> <u>Notice of Removal to Federal Court</u> [Affidavit] was delivered to the Clerk of Court and mailed to Defendants or Counsel for Defendants:

**Jeffrey A. Hunn**, Esquire
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
(VSB #: 45487)

**Katherine M. Rockwell,**, Esquires
O'Hagan Meyer, PLLC
411 E. Franklin St. (Suite 500)
Richmond, VA 23219
(VSB #: 93733)

**Ashley Yellott**, Esquires
Thomas, Adams & Associates, P.C.
4176 South Plaza Tr. (Suite 128)
Virginia Beach, VA 23452
(VSB #: 91806)

this ___12ʰ___ day of ___August___, 2021.

By _____/s/ Joelle Joy Angel_____
(Pro se)
Joelle Joy Angel, et. al
1631 Darren Circle
Portsmouth, VA 23701
(434) 532-2682

___X___ Plaintiffs    _____ Plaintiffs' Attorney

4